**FILED**
CLERK, U.S. DISTRICT COURT

1/19/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____dta_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GILBERT RICHARD MARTINEZ, <br><br> Defendant. | No. 8:22-cr-00009-JLS <br><br> I N D I C T M E N T <br><br> [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about October 4, 2021, in Los Angeles County, within the Central District of California, defendant GILBERT RICHARD MARTINEZ knowingly and intentionally possessed with intent to distribute at

//
//
//
//

1 least 50 grams, that is, approximately 353 grams, of methamphetamine,
2 a Schedule II controlled substance.

A TRUE BILL

/s/
_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MELISSA S. RABBANI
Assistant United States Attorney
Santa Ana Branch Office